# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| IN RE: <br><br> **ASHLEY QUASHONDRA HARDAWAY,** <br><br> Debtor. <br><br> **FOURSIGHT CAPITAL, LLC,** <br><br> Movant, <br><br> v. <br><br> **ASHLEY QUASHONDRA HARDAWAY,** <br> Debtor, and <br> **GRIFFIN E. HOWELL, III,** <br> Chapter 7 Trustee <br><br> Respondents. | Case No.: 23-10119-pmb <br><br> Chapter 7 <br><br> **CONTESTED MATTER** |

## NOTICE OF ASSIGNMENT OF HEARING

**PLEASE TAKE NOTICE** that Foursight Capital, LLC has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at 10:00 A.M. on June 14, 2023 in 2nd Floor Courtroom, in the Lewis R. Morgan Federal Building and United States Courthouse, 18 Greenville Street, Newnan, Georgia 30263, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab

on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 18 Greenville Street, 2nd Floor, Newnan, Georgia 30263. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

[*Signature of counsel on following page*]

Dated: May 8, 2023                                      **Rountree Leitman Klein & Geer, LLC**

<u>*/s/ Elizabeth Childers*</u>
Hal J. Leitman, GA Bar No. 446246
Elizabeth Childers, GA Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238
hleitman@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for Movant*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>**ASHLEY QUASHONDRA HARDAWAY,**<br><br>Debtor.<br><br>**FOURSIGHT CAPITAL, LLC,**<br><br>Movant,<br><br>v.<br><br>**ASHLEY QUASHONDRA HARDAWAY,**<br>Debtor, and<br>**GRIFFIN E. HOWELL, III,**<br>Chapter 7 Trustee<br><br>Respondents. | Case No.: 23-10119-pmb<br><br>Chapter 7<br><br>**CONTESTED MATTER** |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW** Foursight Capital, LLC ("**Movant**") and hereby files this motion for relief from the automatic stay imposed by 11 U.S.C. § 362 concerning a 2020 Nissan Versa. In support of this motion, Movant respectfully shows the Court as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §157 and §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). This Court may enter a final order on this matter. Venue is proper in the Court pursuant to 28 U.S.C. §§1408 and 1409.

2. On February 1, 2023 (the "**Petition Date**") the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy case. The case was converted to one under Chapter 7 on April 7, 2023.

3. Movant is a secured creditor of the Debtor by virtue of a loan secured by an

enforceable and perfected first priority security interest in the Debtor's vehicle, a 2020 Nissan Versa, VIN 3N1CN8DV0LL876130 (the "**Collateral**"). The title certificate for the Collateral indicates Movant's security interest therein. A true and correct copy of the contract and title are attached to Movant's Proof of Claim, Claim No. 2-1.

4. The Debtor is delinquent in payments to Movant under the contract and is due for the December 10, 2022 payment. The total delinquency is $3,004.66.

5. As of as of April 27, 2023, the approximate payoff owed to Movant is $24,531.16.

6. The Debtor's Statement of Intention indicates that he is surrendering the Collateral to Movant.

7. Good cause exists, including the lack of adequate protection, to grant relief from the Automatic Stay of 11 U.S.C. §362(d), permitting Movant to dispose of the Collateral and apply the net proceeds to the outstanding balance of Debtor's obligations under the Contract.

8. Furthermore, relief from the stay is appropriate, because there is not equity in the Collateral that could benefit the Estate. The NADA retail value of the vehicle is $18,441.00.

9. Movant requests that the requirements of Federal Rules of Bankruptcy Procedure 4001(a) be waived.

**WHEREFORE**, the Movant requests the following relief:

(1) an Order lifting and terminating the stay as to Movant, authorizing Movant to, among other things, exercise its state law rights dispose of the Collateral;

(2) that the Court waive the 14-day stay of Bankruptcy Rule 4001(a)(3); and

(3) for such other and further relief as the Court deems just and equitable.

Respectfully submitted this <u>May 8, 2023</u>

**Rountree Leitman Klein & Geer, LLC**

<u>*/s/ Elizabeth Childers*</u>
Hal J. Leitman, GA Bar No. 446246
Elizabeth Childers, GA Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238
hleitman@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for Movant*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties with a copy of the foregoing via first class mail, postage prepaid, and/or by the court using the CM/ECF system, which will send an electronic e-mail notification to the parties as indicated below:

Ashley Quashondra Hardaway
40 Haynie Street
Newnan, GA 30263

Craig A Cooper
*via CM/ECF*

Griffin E. Howell, III
*via CM/ECF*

|  |  |
|---|---|
| Dated: <u>May 8, 2023</u> | **Rountree Leitman Klein & Geer, LLC** |
|  | */s/ Elizabeth Childers* |
|  | Hal J. Leitman, GA Bar No. 446246 |
|  | Elizabeth Childers, GA Bar No. 143546 |
|  | Century Plaza I |
|  | 2987 Clairmont Road, Suite 350 |
|  | Atlanta, Georgia 30329 |
|  | (404) 584-1238 |
|  | hleitman@rlkglaw.com |
|  | echilders@rlkglaw.com |
|  | *Attorneys for Movant* |